IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA15-1280

Filed: 6 September 2016

Johnston County, No. 14 CVD 3880

DENNIS DRAUGHON and MEGAN DRAUGHON, Plaintiffs,

v.

COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation, Defendant.

———————————————

No. COA15-1302

Filed: 6 September 2016

Johnston County, No. 14 CVD 3881

ROBERT SAIN and JENNIFER SAIN, Plaintiffs,

v.

COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation, Defendant.

———————————————

No. COA15-1303

Filed: 6 September 2016

Johnston County, No. 14 CVD 3721

VINCENT FRANKS, JR., Plaintiff,

v.

COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation, Defendant.

_____

No. COA15-1282

Filed: 6 September 2016

Johnston County, No. 14 CVD 3426

FRANK CHRISTOPHER, Plaintiff,

v.

COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation, Defendant.

Appeal by Defendant from orders entered 13 May and 4 June 2015 and judgment entered 26 May 2015 by Judge O. Henry Willis, Jr. in District Court, Johnston County. Heard in the Court of Appeals 23 May 2016.

*Spence & Spence, P.A., by Robert A. Spence, Jr., for Plaintiff-Appellee Frank Christopher.*

*No briefs filed for other Plaintiffs-Appellees.*

*Jordan Price Wall Gray Jones & Carlton, by J. Matthew Waters and Hope Derby Carmichael, for Defendant-Appellant.*

McGEE, Chief Judge.

These cases are companion cases to *Sanchez v. Cobblestone*, COA15-1281, filed contemporaneously with these opinions. *Sanchez* includes the facts and analysis relevant to resolution of the cases consolidated in this opinion: COA15-1280, COA15-1282, COA15-1302, and COA15-1303. For the reasons stated in the majority opinion in *Sanchez*, we affirm.

AFFIRMED.

Judge HUNTER, JR. concurs.

Judge DILLON dissents with separate opinion.

No. COA15-1280 – DRAUGHON v. COBBLESTONE; No. COA15-1302 – SAIN v. COBBLESTONE; No. COA15-1303 – FRANKS, JR. v. COBBLESTONE; No. COA15-1282 – CHRISTOPHER v. COBBLESTONE.


DILLON, Judge, dissenting.


These are companion cases to *Sanchez v. Cobblestone*, COA15-1281. For the reasons fully stated in my dissenting opinion in *Sanchez*, I respectfully dissent.